UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Daneshwar Persaud
**Plaintiff(s)**

v.

UNIVERSITY OF RHODE ISLAND, et al.
**Defendant(s)**

Case No.:_____

### *PRO SE* MOTION TO BECOME AN ECF FILING USER

I, ___Daneshwar Persaud_____, appearing *pro se* in the above-referenced case respectfully requests the Court permit me to become an ECF Filing User. In support of this motion, I state the following:

1) I am presently named as a party in the above referenced case.

2) I am not presently incarcerated.

3) I represent that I have or have access to the following equipment and/or systems necessary to participate in ECF:

   a) A PACER account with a PACER login and password;

   b) A computer running the latest version of Internet Explorer, Firefox, Google Chrome, or Safari with access to the Internet and a working email address;

   c) Portable Document Format (PDF)-compatible word processing software for creating pleadings (e.g, WordPerfect, Word));

   d) PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

   e) A document scanner, if needed to create PDF images of documents.

4) As a condition of becoming an ECF Filing User, I understand and agree to the following:

   a) That I am required to maintain and keep the aforementioned systems in working order;

   b) That I am required to review LR Gen 300-314 and will be expected to comply with these rules;

   c) That I may only file electronic documents in the above-referenced case;

d) That I agree the combination of the PACER log-in name and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure.

e) That I agree to accept service by electronic means in accordance with the provisions of Fed. R. Civ. P. 5(b)(2)(E);

f) That I agree to waive the provisions of Fed. R. Civ. P. 77(d) providing for service of notice of the entry of an order or judgment by mail, and I consent that such notice may be served by electronic means;

g) That I agree that all transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved event menus of the ECF system.

h) That I will file all documents in accordance with the Fed. R. Civ. P. 5.2 and LR Gen 102.

i) That the Clerk's Office will terminate my ECF filing privileges should an attorney subsequently file an appearance on my behalf in the above-referenced case;

j) That the Court may terminate my ECF filing privileges at any time for failure to comply with any of the above conditions.

Wherefore, I respectfully request that the Court grant the *Pro Se* Motion to Become an ECF Filing User or such other relief the Court deems appropriate.

Daneshwar Persaud
_____

44 Perkins Street
_____
*Address*

West Warwick, RI 02893
_____

June 4, 2025
_____
*Date*

*Daneshwar Persaud*
_____
*Signature*

401-391-6779
_____

persaudd2021@gmail.com
_____
*E-mail Address*